# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

142350

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re Estate of JEWELL ANDERSON, a
Protected Person.
_____

TIMOTHY FLYNN, Conservator of Jewell
Anderson, a Protected Person
    Petitioner-Appellee,

v

DIANE ANDERSON,
    Intervening Plaintiff-Appellant,
and

DAVID C. ANDERSON,
    Intervening Plaintiff.

_____/

SC: 142350
COA: 292036
Oakland PC: 2004-295192-GA

   On order of the Court, the application for leave to appeal the September 23, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

t0418